**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CRAIG BERKMAN,
    Plaintiff,

vs.                              CASE NO. 8:12-MC-66-T-17-TGW

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
    Defendant.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's objections to magistrate's order and appeal to district court (Doc. 14) and the response thereto (Doc. 15). The order to which the objections were filed denied the plaintiff's amended motion to quash third-party subpoena (Doc. 5). The Court finds the response well-taken and adopts it by reference herein. The Court finds that the defendant has demonstrated that the records sought are relevant to a legitimate law enforcement investigation. Accordingly, it is

    **ORDERED** that the objections are **overruled**; the order of the magistrate judge is **affirmed**; the plaintiff's amended motion to quash third-party subpoena (Doc. 5) is **denied;** and the subpoena is to be enforced.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of September, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record